**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Tiffany L. Pitts,

Plaintiff,

v.

CheckRite Recovery Services,

Defendant.

Court File No. CV 02-23 ADM/AJB

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that the above-entitled action may be, and the same hereby is, dismissed with prejudice and on the merits, but without further cost to any of the parties hereto.

IT IS FURTHER STIPULATED AND AGREED that any party, without notice to another, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

Dated: 5/21/02

Nicholas P. Slade
Attorney at Law
342 East County Road D
St. Paul, MN 55117
(651)735-1411

**Attorney for Plaintiff**

MAY 24 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAY 2 4 2002
DEPUTY CLERK

Dated: 5/15/02

Susan K. Fitzke

James F. Roegge
Susan K. Fitzke
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

**Attorneys for Defendants**

**ORDER FOR DISMISSAL**

Based upon the foregoing Stipulation of Dismissal with Prejudice entered into by the parties, and upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED: That the above-entitled action is hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 5/24/02

Ann D. Montgomery
Judge of United States District Court

964962.1